UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN DENINNO & MARY DENINNO )<br>*Plaintiffs* )<br> )<br>v.   )<br> )<br>NORTH COAST SEA-FOODS CORP. d/b/a )<br>NORTH COAST SEAFOODS and BIG Y )<br>FOODS, INC. )<br>*Defendants* )<br> ) | CIVIL ACTION NO.:<br>3:22-cv-580<br><br><br>APRIL 22, 2022 |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants North Coast Sea-Foods Corp. d/b/a North Coast Seafoods and Big Y Foods, Inc. ("Defendants") hereby give notice of the removal of this action, which is currently pending in the Judicial District of Windham at Putnam, captioned *Stephen Deninno & Mary Deninno v. North Coast Sea-Foods Corp. d/b/a North Coast Seafoods & Big Y Foods,, Inc.*, Civil Docket No. WWM-CV21-6022616-S, to the United States District Court for the District of Connecticut. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiffs Stephen Deninno & Mary Deninno ("Plaintiffs") filed their Complaint against Defendants ("Complaint") in the Judicial District of Windham with a return date of September 7, 2021. A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In their Complaint, Plaintiffs allege that on July 27, 2018, they purchased a package of XL King Crab Legs food product at the Big Y World Class Market located at 70 Wauregan Road, Danielson, Connecticut, and ate the same. *See* **Exhibit A**, Complaint, ¶¶ 5 and 7. Plaintiffs further allege that the subject food product was contaminated with salmonella or a bacteria, which caused them to experience food poisoning symptoms on July 28, 2018. *Id*. at ¶¶ 9 and 10. Plaintiffs claim to have sustained food poisoning and sequelae from the subject food product. *Id*. at First Count ¶ 24, Third Count ¶ 24, Fifth Count ¶ 25, and Seventh Count ¶ 25. Plaintiff asserts claims of breach of warranty against Defendants. *See generally id*.

## TIMELINESS OF REMOVAL

4. Defendants were served with Plaintiffs' Complaint on or about July 27 and 28, 2021. *See* **Exhibit B**.

5. On or about March 24, 2022, Defendants received a copy of Plaintiffs' responses to Defendants' discovery requests, which included Mr. Deninno's total medical expenses in the amount of One Hundred Seventy-Four Thousand Seven Hundred and Nineteen Dollars and Ten Cents ($174,719.10) and his claimed lost wages in a total amount of Five Thousand One Hundred Sixty-Four Dollars and Thirty-Two Cents

($5,164.32). *See* **Exhibit C**: Affidavit of Courtney Lacouture. This was the first time the Defendant learned that the amount in controversy was greater than $75,000. *Id*.

6. This Notice of Removal is timely because it is filed within 30 days from first receiving information regarding Plaintiffs' claimed damages for Mr. Deninno's medical expenses and lost wages. *See* 28 U.S.C. §§ 1441(e), 1446(b)(3).

## DIVERSITY OF CITIZENSHIP

7. Complete diversity of citizenship exists in this matter because Defendants are citizens of a different State from Plaintiffs. *See* 28 U.S.C. § 1332(a).

8. Plaintiffs are citizens of Connecticut. *See* **Exhibit A** and **Exhibit C**.

9. At the time of the filing of the Complaint, Defendant North Coast Sea-Foods Corp. d/b/a North Coast Seafoods was, and currently is, a corporation formed under the laws of the State of Massachusetts with its principal place of business located at 5 Drydock Avenue, Boston, Massachusetts 02110. As of the filing date of the Complaint, Defendant North Coast Sea-Foods Corp. d/b/a North Coast Seafoods' executive officers have directed, controlled, and coordinated the corporation's activities from its corporate headquarters in the State of Massachusetts. For the purposes of removal, Defendant North Coast Sea-Foods Corp. d/b/a North Coast Seafoods is not a citizen of Connecticut.

10. At the time of the filing of the Complaint, Defendant Big Y Foods, Inc., was, and currently is, a corporation formed under the laws of the State of Massachusetts with its principal place of business located at 2145 Roosevelt Avenue, Springfield, Massachusetts 01104. As of the filing date of the Complaint, Defendant Big Y Foods, Inc.'s executive officers have directed, controlled, and coordinated the corporation's

activities from its corporate headquarters in the State of Massachusetts. For the purposes of removal, Defendant Big Y Foods, Inc., is not a citizen of Connecticut.

11. There is complete diversity between Plaintiffs and Defendants in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

12. Based on Plaintiffs' allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

13. In their Complaint, Plaintiffs allege that, as a result of the subject food product consumed on July 27, 2018, Mr. Deninno sustained various injuries, including nausea and vomiting; diarrhea; dehydration; contamination of his blood stream; acute renal failure and injury to his kidneys; gastrointestinal injury including, but not limited to, gastroenteritis, post-infectious irritable bowel syndrome, and damage to his intestinal tract; B-12 deficiency; hypomagnesemia; hypokalemia; and reactive arthritis and/or aggravation of pre-existing gout, all of which resulted in severe swelling, joint pain, and issues with mobility. *See* **Exhibit A**, Complaint at First Count ¶ 24 and Fifth Count ¶ 25.

14. In their Complaint, Plaintiffs allege that, as a result of the subject food product consumed on July 27, 2018, Ms. Deninno sustained various injuries, including nausea and vomiting; diarrhea; dehydration; and contamination of her bloodstream. *Id.* at Third Count ¶ 24 and Seventh Count ¶ 25.

15. Plaintiffs allege in their Statement of Amount in Demand that monetary damages are in excess of $15,000. *Id.* at p. 17.

16. On or about March 24, 2022, Defendant received a copy of Plaintiffs' responses to Defendants' discovery requests, which included Mr. Deninno's total medical expenses in the amount of One Hundred Seventy-Four Thousand Seven Hundred and Nineteen Dollars and Ten Cents ($174,719.10) and his claimed lost wages in a total amount of Five Thousand One Hundred Sixty-Four Dollars and Thirty-Two Cents ($5,164.32). *See* **Exhibit C**.

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

17. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendants are filing this Notice of Removal in the federal district court for the district within which the State court Complaint was filed.

18. Pursuant to 28 U.S.C. § 1446(a), Defendants attach all process, pleadings, and orders that have been filed, served, or received by Defendants in this action as **Exhibit A**.

19. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of Windham.

20. Defendants have given written notice of the filing of this Notice of Removal to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the Judicial District of Windham, as required by 28 U.S.C. § 1446(d).

21. In removing this action, Defendants do not intend to waive any rights or defenses to which they are otherwise entitled under the Federal Rules of Civil Procedure.

22. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiffs' claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendants North Coast Sea-Foods Corp. d/b/a North Coast Seafoods and Big Y Foods, Inc, respectfully request that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

>Respectfully submitted,
>Defendants,
>NORTH COAST SEA-FOODS CORP. d/b/a
>NORTH COAST SEAFOODS and BIG Y FOODS, INC.
>By their attorneys,
>
>/s/ Courtney Lacouture
>_____
>Kevin J. O'Leary, ct30271
>Courtney Lacouture, ct31062
>Coughlin Betke LLP
>175 Federal Street
>Boston, MA 02110
>(617) 988-8050
>koleary@coughlinbetke.com
>clacouture@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Courtney Lacouture, certify that a copy of this document was or will immediately be mailed or delivered electronically on April 22, 2022 to all attorneys and self-represented parties of record:

*Plaintiffs Stephen Deninno & Mary Deninno*
Shelley L. Graves, Esq.
Faulkner & Graves
1 Montauk Ave, Suite 301
New London, CT 06320

>  /s/ Courtney Lacouture_____
>Courtney Lacouture, Esq. (ct31062)