UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN DENINNO & MARY DENINNO | ) | |
| *Plaintiffs* | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 3:22-CV-00580-RNC |
| | ) | |
| NORTH COAST SEA-FOODS CORP. d/b/a | ) | |
| NORTH COAST SEAFOODS and BIG Y | ) | JULY 12, 2022 |
| FOODS, INC. | ) | |
| *Defendants* | ) | |
| | ) | |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report pursuant to the Court's Order dated June 13, 2022.

**A. THE STATUS OF THE CASE**

The case is in its discovery phase. There are no pending motions at this time. The Parties have complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1). Defendants served written discovery on Plaintiffs on December 7, 2021, which Plaintiffs have responded to. Defendants sent Plaintiffs a letter on June 10, 2022 seeking clarification to discovery responses or additional information regarding the discovery responses. No depositions have been noticed as paper discovery is ongoing.

Discovery closes on December 13, 2023.

**B. SETTLEMENT REFERAL**

The Parties are not interested in a referral for settlement purposes at this time.

**C. TRIAL BEFORE A MAGISTRATE JUDGE**

time.

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

### D. ESTIMATED LENGTH OF TRIAL

The Parties anticipate that the trial has an estimated length of 7 court days.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS,<br>STEPHEN AND MARY DENINNO<br>By their attorneys | DEFENDANT<br>NORTH COAST SEA-FOODS CORP. d/b/a NORTH COAST SEAFOODS and BIG Y FOODS, INC.,<br>By its attorneys: |
| /e/ *Shelley L. Graves*<br>Shelley L. Graves, ct14094<br>Faulkner and Graves, P.C.<br>1 Montauk Avenue, Suite 301<br>New London, CT 06320<br>(860) 442-9900<br>slg@faulknerandgraves.com | /e/ *Courtney Hays*<br>Courtney Hays, ct31062<br>Coughlin Betke LLP<br>175 Federal Street.<br>Boston, MA 02110<br>(617) 988-8050<br>chays@coughlinbetke.com |

### CERTIFICATE OF SERVICE

I, Courtney Hays, certify that on July 12, 2022 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Shelley L. Graves, ct14094
Faulkner and Graves, P.C.
1 Montauk Avenue, Suite 301
Norwalk, CT 06851

/e/ *Courtney Hays*
Courtney Hays, Esq. (ct31062)