UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN DENINNO & MARY DENINNO )<br>    *Plaintiffs* )<br>     )<br>v. )<br>     )<br>NORTH COAST SEA-FOODS CORP. d/b/a )<br>NORTH COAST SEAFOODS and BIG Y )<br>FOODS, INC. )<br>    *Defendants* )<br>     ) | CIVIL ACTION NO.:<br>3:22-CV-00580-RNC |

## UPDATED JOINT STATUS REPORT

The Parties submit this Joint Status Report pursuant to the Court's Order dated June 13, 2022 and Notice.

### A. THE STATUS OF THE CASE

The case is in its discovery phase. There are no pending motions at this time. The Parties have complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1). Defendants served written discovery on Plaintiffs which Plaintiffs have responded to. Defendant North Coast Seafood has responded to written discovery and Big Y anticipates filing written discovery responses by September 15, 2023. Five depositions have been or will be noticed for September and October 2023.

The parties are also cooperating in obtaining additional medical records that plaintiffs' extensive and ongoing treatment, including recent multiple hospitalizations for a severe allergic reaction this year to one of his treatment medications.

Discovery closes on December 13, 2023.

While the parties anticipate continued cooperation in regard to resolving discovery disputes, the parties believe a Magistrate Status Conference would be advisable for early October to check in with the Court in regard to any remaining discovery differences the parties may have.

**B. SETTLEMENT REFERAL**

The Parties are not interested in a referral for settlement purposes at this time.

**C. TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

**D. ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that the trial has an estimated length of 7 court days.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS, | DEFENDANT |
| STEPHEN AND MARY DENINNO | NORTH COAST SEA-FOODS CORP. d/b/a |
| By their attorneys: | NORTH COAST SEAFOODS and BIG Y |
| | FOODS, INC., |
| | By its attorneys: |
| | |
| /s/ Shelly L. Graves | /s/ Kevin J. O'Leary |
| _____ | _____ _____ |
| Shelley L. Graves, ct14094 | Kevin J. O'Leary, ct30271 |
| Faulkner and Graves, P.C. | Coughlin Betke LLP |
| 1 Montauk Avenue, Suite 301 | 175 Federal Street. |
| New London, CT 06320 | Boston, MA 02110 |
| (860) 442-9900 | (617) 988-8050 |
| slg@faulknerandgraves.com | koleary@coughlinbetke.com |

## **CERTIFICATE OF SERVICE**

      I, Kevin J. O'Leary, certify that on the 8th of September, 2023 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Shelley L. Graves, ct14094
Faulkner and Graves, P.C.
1 Montauk Avenue, Suite 301
Norwalk, CT 06851

                                                   /s/ Kevin J. O'Leary
                                                   Kevin J. O'Leary