UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEPHEN DENINNO, and MARY DENINNO
*Plaintiffs*,
    v.
NORTH COAST SEA-FOODS CORP., doing business as
NORTH COAST SEAFOODS, and BIG Y FOODS INC.    3:22-cv-00580-RNC
*Defendants*.    Friday, July 19, 2024

## UPDATED JOINT STATUS REPORT

The Parties submit this Joint Status Report and request a remote Magistrate Status Conference the week of July 29 or August 5 to discuss outstanding discovery in this case.

### A. THE STATUS OF THE CASE

The case remains in its discovery phase. There are no pending motions at this time. The Parties have complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1). Defendants served written discovery on Plaintiffs to which Plaintiffs have responded. Defendants North Coast Seafood and Big Y have responded to written discovery. The Court has adjudicated the various objections to discovery requests and the parties have supplemented their responses. The depositions of the two plaintiffs and the three corporate designees of defendants have been completed. However, fact depositions of certain Big Y employees remain to be completed due to one witness being out on medical leave and another witness no longer working for the company. One such deposition was completed July 25, 2024 and the remaining depositions of these witnesses have been noticed for July and August 2024. Additionally, the parties have a medical issue concerning counsel to discuss with the Court. Accordingly, and in view of the Court's Order, Doc. 38, the parties respectfully request a remote Magistrate Status Conference the week of July 29 and August 5 to discuss outstanding

discovery. Counsel for the parties are available at the Court's convenience at the following times:

    Monday, July 29, 2024, 2 p.m. or before

    Thursday, August 1, 2024, any time after 12 p.m.

    Monday, August 5, 2024, between 12:00 p.m. and 3:00 pm

    Tuesday, August 6, 2024 at any time

    Friday, August 9, 2024, 11 a.m. or after

**B. SETTLEMENT REFERAL**

The Parties are not interested in a referral for settlement purposes at this time.

**C. TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

**D. ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that the trial has an estimated length of 7 court days.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS,<br>STEPHEN AND MARY DENINNO<br>By their attorneys: | DEFENDANTS<br>NORTH COAST SEA-FOODS CORP. d/b/a<br>NORTH COAST SEAFOODS and BIG Y<br>FOODS, INC.,<br>By its attorneys: |
| /s/ Shelley L. Graves | Ben Levites |
| Shelley L. Graves, ct14094<br>Faulkner and Graves, P.C.<br>1 Montauk Avenue, Suite 301 New London,<br>CT 06320 (860) 442-9900<br>slg@faulknerandgraves.com | Kevin J. O'Leary, ct30271<br>Benjamin H. Levites, ct30481<br>Coughlin Betke LLP<br>175 Federal Street.<br>Boston, MA 02110<br>(617) 988-8050<br>koleary@coughlinbetke.com |