## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **12/2/2025**

**Deninno et al**
Vs.
**North Coast Sea-Foods Corp. et al**

Start Time: **4:01 PM**    End Time: **4:14 PM**
Recess (if more than ½ hr) _____ to _____
Total Time _____ hour(s) **13** minute(s)

Case #: **22-cv-00580-SVN**
Honorable Judge: **Sarala V. Nagala**
Deputy Clerk: **S. Bergeson**
Counsel for Pla(s): **Shelley L. Graves**
Counsel for Dft(s): **Kevin J. O'Leary**
Reporter/ECRO/Courtsmart: **Julie Monette**
Interpreter: _____ Language: _____
Hearing held: ☐ in person  ☑ by video  ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ___ | ☐ Show Cause Hearing ___ | ☐ Evidentiary Hearing ___ |
| ☐ Judgment Debtor Exam ___ | ☐ Pretrial Conference ___ | ☐ Scheduling Conference ___ |
| ☑ Status Conference  **13 m** | ☐ Settlement Conference ___ | ☐ Other: _____ ___ |

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Case is stayed until 2/2/26. Status report due 1/26/26.

Rev. 3/21/24