UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN DENINNO & MARY DENINNO | ) | |
| *Plaintiffs* | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 3:22-CV-00580-RNC |
| | ) | |
| NORTH COAST SEA-FOODS CORP. d/b/a | ) | |
| NORTH COAST SEAFOODS and BIG Y | ) | MAY 11, 2026 |
| FOODS, INC. | ) | |
| *Defendants* | ) | |
| | ) | |

## **JOINT MOTION TO REQUEST A STATUS CONFERENCE**

Now come the parties in this case and request a status conference to discuss with the Court the status of the expert discovery.  Specifically, the parties have a deadline of May 22, 2026 to complete expert depositions.  Since the stay of proceedings was lifted on February 20, 2026, the parties have deposed 5 experts.  Four additional expert depositions remain: three are scheduled (6/2, 6/3 and 6/16) and one is pending. Due to scheduling issues, the parties require the Court's permission for a modest extension of the remaining deadlines and request an opportunity to discuss this with the Court.

The parties are available for a status conference if it pleases the Court:

May 12, 2026          Anytime

May 14, 2026          Anytime after 10:30 a.m.

Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT  06320 ▪ T: (860) 442-9900 ▪ F: (860) 443-6428 ▪ JURIS # 103027

Respectfully submitted,

PLAINTIFFS,
STEPHEN AND MARY DENINNO
By their attorneys

DEFENDANT
NORTH COAST SEA-FOODS CORP.
d/b/a NORTH COAST SEAFOODS and
BIG Y FOODS, INC.,
By its attorneys:

/s/ *Shelley L. Graves*

Shelley L. Graves, ct14094
Faulkner and Graves, P.C.
501 Ocean Ave.
New London, CT 06851
(860) 442-9900
slg@faulknerandgraves.com

/s/ *Kevin J. O'Leary*

Kevin J. O'Leary, ct30271
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Shelley L. Graves, certify that on May 11, 2026, a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Kevin J. O'Leary, ct30271
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110

/s/ *Shelley L. Graves*
Shelley L. Graves (ct14094)

2