UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN DENINNO & MARY DENINNO )<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>NORTH COAST SEA-FOODS CORP. d/b/a )<br>NORTH COAST SEAFOODS and BIG Y )<br>FOODS, INC. )<br>*Defendants* )<br>) | CIVIL ACTION NO.:<br>3:22-CV-00580-SVN<br><br>Tuesday, July 7, 2026 |

**UPDATED JOINT STATUS REPORT**

The Parties submit this Joint Status Report pursuant to the Court's Order (Doc. 73) dated May 15, 2026.

**A. STATUS OF CASE**

The Parties have completed all expert discovery, and discovery is now complete.

**B. DISPOSITIVE MOTIONS**

The Parties anticipate filing dispositive motions and/or motions to exclude expert testimony and will do so on or before the scheduled deadline of August 14, 2026.



Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ T: (860) 442-9900 ▪ F: (860) 443-6428 ▪ JURIS # 103027

**C. SETTLEMENT CONFERENCE**

The parties have conferred with each other on July 7, 2026 and their clients, and will contact Judge Farrish to schedule a settlement conference within 30 days of the filing of any dispositive motions.

**D. TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

**E. ESTIMATED LENGTH OF TRIAL**

The Parties estimate that the trial will require approximately 7-10 court days.



Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ T: (860) 442-9900 ▪ F: (860) 443-6428 ▪ JURIS # 103027

Respectfully submitted,

PLAINTIFFS,
STEPHEN AND MARY DENINNO
By their attorneys

*Shelley L. Graves, ct14094*
Shelley L. Graves, ct14094
Faulkner and Graves, P.C.
501 Ocean Ave.
New London, CT 06851
(860) 442-9900
slg@faulknerandgraves.com

DEFENDANT
NORTH COAST SEA-FOODS CORP. d/b/a NORTH COAST SEAFOODS and
BIG Y FOODS, INC.,
By its attorneys:

Ben Levites

Kevin J. O'Leary, ct30271
Benjamin H. Levites
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com