# EXHIBIT B

L Hodges Seafood & Consulting, LLC

6125 N.E. 175th St., Unit P302

Kenmore, WA. 98028

206-605-9350

Les.hodges01@gmail.com

EXHIBIT
3 - Hodges

Expert Witness Opinion
Les Hodges
Subject: King Crab Quality from an International Perspective

5/22/2025

**Objective**

I was retained by Mr. Kevin J. O'Leary, Esq. of the firm Coughlin Betke, LLP to review materials in the case and provide an expert opinion on the probability that salmonella infection could be caused by Russian king crab legs purchased from the Big Y supermarket. A list of materials reviewed is attached to this disclosure.

The following expert opinion is based on my qualifications and knowledge of king crab gained over a 46-year period. I hold an MBA from Northeastern University in Boston and have held positions dealing with king crab for 46 years. Starting in Alaska, one can see below my in-depth experience in the crab business in both the U.S. and Russia.

I have spent a lot of time in major crab production facilities in the U.S. and internationally as well as cold storages. The purpose of the visits was to assure the production facility was following good processing techniques, hygienic and safety procedures, and assess the quality of the crab being processed. Another reason to confirm that the processor was packing to the specific specifications for customers such as Costco or Sam's Club.

The time in the cold storages was inspecting king crab for quality and size within grade prior to purchase. I imported king crab directly from Russian producers and personally inspected the crab in Asia for quality assurance and have worked with Arctic Seafoods Barents Sea red king crab in the past. I also have direct experience in secondary processing of king crab for the U.S. market in Seattle.

I have testified in the past as an expert witness before the Regie Des Marches Agricoles Et Alimentaires Du Quebec in a 2023 price dispute case in between fishermen and processors.

As a result of my depth of experience with king crab, I hold the opinions in this report with a professional certainty in the field of king crab harvesting, processing, and sales. I know that cooking king crab to 165 degrees F kills salmonella. Promptly brine freezing under sanitary conditions preserves that safe state. The typical crab leg is 92% protected by shell and not exposed to cross contamination. Only the shoulder meat is exposed and represents 8% surrounded by protective ice. The fact that Big Y sold the crab frozen in a 3 lb. bag according to the documentation severely constricts any chance for cross contamination. Documentation reviewed and my knowledge base makes it clear salmonella was not caused by the king crab legs purchased at Big Y.

Cross contamination of the king crab sold by North Coast and Big Y is very unlikely due to the documented chain of custody. This crab was always frozen from Russia to the U.S. processing facility, cold storages, North Coast Seafood, distributor, and finally Big Y. I reviewed Big Y's "Retail Food Store Sanitation & Food Safety Policies" which are comprehensive. It is more likely than not that the king crab did not contain any salmonella contamination when sold to Mr. DeNinno.

As a result of my depth of experience with king crab, I hold the opinions in this report with a professional certainty in the field of king crab harvesting, processing, chain of custody, and sales. I concur with the Thomas Montville Opinion that based on the documentation and knowledge that salmonella was not caused by the Russian Barents Sea red king crab legs.

1. **Qualifications/Education/Experience in king crab**

- Vice President, Sales at Pan Alaska and Bumble Bee Seafoods (under Castle & Cooke)
- Consultant for Marine Resources. The first U.S. importer of Russian king crab on quality and marketing.
- President, founder, Puget Sound Seafood Processing, a major crab processor
- Co-founder and CEO of The Talon Group, a major importer of Russian king and snow crab.
- Founder of Vantage Seafood (sold to Keyport, LLC, Seattle, WA.)
- Director of Business Development, Keyport, LLC.
- Consultant and FDA agent for Russia's largest crab producer (Russian Crab Company)– assured HACCP compliance, product standards, and expansion of the customer base. Resigned due to U.S. sanctions on Russia.
- Consultant to the Norwegian Seafood Council and the New Brunswick, Canada Department of Fisheries and Agriculture.

- Publisher of monthly global king and snow crab market newsletter (King and Snow Crab from an International Perspective).
- Member, Board of Directors, National Fisheries Institute, Washington, D.C. (2002-2007)

b. Industry Knowledge

- Gained through site visits, direct procurement, Importation, QA, production, and marketing on crab sourced from Alaska, Russia, Korea, and Japan.
- Owned a seafood reprocessing plant specializing in king and snow crab production.
- Consulted with Russian crab companies on processing standards and quality.
- Experience registering Russian vessels with FDA and monitoring HACCP compliance
- Specialized in managing the production, sales, and marketing of king crab for 46 years.

c. Education

- MBA, Northeastern University, Boston, MA
- BA, University of California, Santa Barbara, CA

d. Direct Processing Experience

Owned and operated a Seattle plant processing 30,000 lbs./day of king and snow crab until closed due to fire. Imported bulk Russian king crab, and contracted processing into legs and claws at several Seattle facilities.

e. Processing Standards

- HACCP compliance in all U.S., Russian, Norwegian and Canadian operations.
- Author of the specification standard for reprocessed U.S. king crab legs & claws.

2. **Salmonella Risk in King Crab**

a. No Known Incidents

In over 46 years in the seafood industry, including direct oversight of king crab purchasing, production, reprocessing and marketing, I have never encountered or been made aware of a salmonella outbreak associated with commercially processed king crab. This would present a serious QC issue which importers of Russian king crab would quickly be aware of, and action plans developed.

b. Natural Environment **is not conducive to bacteria like salmonella**

King crab inhabit cold, deep marine environments where salmonella bacteria are not naturally present. The king crab in this case was harvested in the Barents Sea, Russia between September and December in 2017. These ocean depths are inhospitable to the growth and survival of pathogens. The water temperature during the harvest of male king crab is -1 to 1.5 Celsius (C) converting to (34 -35 degrees Fahrenheit(F).

c. Processing under Hazard Analysis Critical Control Points (HACCP)

- Commercial king crab are cooked onboard a processing vessel immediately after being delivered by the catcher vessel, cooking and reaching internal temperatures above 165°F(74°C)—a threshold that kills salmonella and bacteria. All processing vessels have quality control personnel on board with continual testing and adhere to a HACCP plan.
- The crab is then rapidly frozen, further reducing microbial viability.
- Risk of salmonella or any other bacteria is considered extremely low.
- The crab is packed in 22kg cartons and shipped to the Netherlands where it undergoes a second inspection for quality prior to shipment to the market.
- Shipment to the U.S. for secondary processing is in freezer containers.
- The design of the king crab leg also protects the meat: The only exposed portion of king crab meat after U.S. processing is the shoulder which represents 11.2 % of the total crab leg.

d.Empirical examination/test to find an average percentage of exposed meat in the shoulder.

King crab leg weight breakdown by segment shows that 89.3% of the crab meat is covered by shell and 11.2% being the shoulder. Industry data was unavailable to present the percentage of crab shoulder meat exposed after being cut by saw into leg and claw form rather than cluster form. I am very familiar working with crab and decided to do a test to attain a percentage of exposure compared to shell. A sample base of 4 king crab legs showed 65.9% of the total shoulder weight exposed. This results in 7.38% exposed shoulder meat with the remaining top and bottom shell after being processed into leg and claw form, reducing potential contact risk.

e. Chain of Custody and Control Points

- Cross contamination in king crab is very unlikely as there is a chain of custody in each step of the process from the processing on board through the shipment of the frozen crab to the U.S. market for further processing into legs and claws.
- Processing in the U.S. is performed in dedicated sanitary facilities handling only crab. After processing from bulk into leg and claw form, crab is glazed with ice water and packed in plastic lined cartons and sealed for shipment.
- Crab is transported to markets via cold-chain logistics in sealed cartons with plastic liners.
- North Coast processed fish as well as crab and follows a hazard analysis critical control point (HACCP) program to prevent cross contamination. A full sanitation and cleaning of the facility is required before crab can be processed.
- At retail (e.g., Big Y), crab is displayed in separate shellfish sections, apart from fish, as required in HACCP. This is clear in the Big Y's "Retail Food Store Sanitation & Food Safety Policies"
- The crab is not placed on ice and allowed to thaw. It is kept frozen until removed from freezer by clerk and placed into frozen display case. Mr. Deninno stated that he bought

the crab frozen and thawed it at home. The fact that the crab was sold in the frozen state is a significant factor in eliminating the possibility of cross contamination.

e. Industry Data

No documented cases of salmonella from commercially cooked king crab in over 40 years is available. I also reached out to Linda Boggs, V.P., NorthStar Cold Storage, Stanwood, WA, one of the largest processors of crab in the Seattle area, who confirmed that she had never heard of salmonella in king crab.

3. **Commercial King Crab Overview**

There are three commercially harvested species of king crab:

- *Paralithodes camtschaticus* (Red King Crab)
- *Paralithodes platypus* (Blue King Crab)
- *Lithodes aequispinus* (Golden King Crab)

Red king crab is harvested in Alaska, Russia, and Norway. Blue king crab is primarily harvested in Russia. Golden king crab is found in both Russia and Alaska. Among these, red king crab is the largest species. Only male king crab is harvested.

The king crab purchased by the Plaintiffs was produced in the September to December 2017 period in the Barents Sea, Russia. The Russian red king crab quota for 2017 in the Barents Sea was 9,940 metric tons (21.924 million pounds).

Typical dimensions for red king crab include:

- Carapace Length: Up to 28 cm (11 inches)
- Leg Span: Up to 1.5 meters (5 feet)
- Maximum Weight (Male): 10.9 kg (24 pounds)

4. **Identification and Appearance of King Crab Legs**

King crab legs are long, spiny, and segmented, with a reddish hue. The meat is encased in a thick, protective shell. Only the shoulder section of the leg shows exposed meat once detached from the body.

Processing and Harvest Conditions

- King crab is harvested using catcher vessels or catcher-processors
- Only live king crab are delivered for processing
- Onboard processing includes butchering, cooking, freezing, and packing

- All Russian crab vessels operate under Hazard Analysis and Critical Control Point (HACCP)-compliant programs
- King crab after processing is moved from the fishing area via frozen containers to transit point in Norway or Netherlands and then to the U.S. or other markets.

**5. Company Seafood High Quality Control Standards**

- North Coast Seafood was founded in 1957 and has an excellent reputation in the seafood industry handling both fish and crab. They are a HACCP-compliant U.S. processor with robust QA protocols.
- Big Y follows FDA and state food safety standards which can be seen in their food handling standards; the crab is received frozen in plastic bags in boxes. The crab is kept frozen until removed from the freezer by clerk and placed in frozen display case and sold as a frozen product.

**6. Import Standards**

Arctic Seafoods is the importer of the Russian king crab and is required:

- Comply with Seafood HACCP regulations
- Maintain FDA registration and U.S. representation
- Ensure cold chain integrity and proper labeling
- Undergo voluntary audits for major customers

**7. Reheat Instructions and Safety Labeling**

The commonly used instruction on the master carton:

"HEAT BEFORE SERVING – BOIL, STEAM OR BROIL FOR 4 MINUTES"

...is not explicitly mandated by FDA but rather is a widely recommended guideline under HACCP. In short, while the crab is pre-cooked and safe to eat, reheating is advised as a precaution.

In my experience, supermarkets, club stores, and restaurants do not post signage or advise customers that they need to reheat the crab. Crab salads are a popular item both in restaurants and home. The crab meat is removed from the shell and served without reheating.

**8. Preparation for Consumption**

Arctic Seafoods Russian king crab is cooked at sea and can be served hot or cold. According to Arctic Seafoods Web site:

"Yes, the crab is cooked so it is okay to simply thaw them and eat."

Preparation to eat the king crab involves:

- Using kitchen shears or a knife to cut through the shell.
- Most of the leg remains encased, with only a small shoulder section (about 7.5%) exposed, reducing any contact risk.
- Commercial kitchens slice the leg, split the leg or cut a window along the leg shell to allow the customer to extract the meat more easily.
- The king crab is served hot and/or cold after thawing.

**Summary**

There have been no reports of king crab with salmonella from the major production areas of Alaska, Russia, and Norway. If there were such a situation, the industry would have heard quickly and corrected the problem. The Hazard Analysis Critical Control Point (HACCP) was required for seafood products by FDA in 1993 and is used worldwide.

If a king crab is cooked to 165 degrees F (74C), then immediately brine frozen, the risk of Salmonella or other bacteria is eliminated and freezing preserves that safe state.

With a controlled chain of custody and sanitary secondary processing and handling, the occurrence of salmonella in crab has not been seen or documented. The fact that Big Y received the king crab as frozen and sold it in a 3 lb. bag as frozen eliminates any secondary exposure. After evaluating the available documentation and my experience, I must state in my professional opinion that Mr. and Mrs. DeNinno did not get salmonella from the North Coast and Big Y red king crab but from some other source.

Les Hodges