Gastroenterology Consultants of Long Island
Ian Storch, D.O.
2001 Marcus Avenue -Suite E240
New Hyde Park, NY 11042
Phone (516) 673-4801/ Fax (516) 352-3680

5/14/2025

Re: Stephen Deninno

I have been retained by Coughlin Betke, LLP to review the records pertaining to the aforementioned patient and render an opinion on whether he had an acute food borne illness with Salmonella relating to ingestion of king crab meat from Big Y Foods.

Based on a reasonable degree of medical certainty there is no evidence that Mr. Deninno got sick from his king crab ingestion. Furthermore, there is no evidence that he was ever infected with salmonella, nor that this was the cause of his chronic gastrointestinal or rheumatologic issues. Mr. and Mrs. Deninno's acute gastrointestinal issue could have been from anything he ate within a few days of the onset of his illness, and would most commonly have been from a virus. Other possibilities could be a nosocomial (hospital) acquired infection from his workplace or from a pet like his dog. Medical diagnosis is a science based on facts and data. In the case of Mr. Deninno's acute diarrheal illness there was never a positive test for salmonella making it absolutely impossible to suggest he had this infection. A suggestion of this diagnosis is a complete fabrication and has no basis in medical fact or testing. His subsequent medical issues of arthritis are clearly genetic, as he has two siblings with similar rheumatologic disease, who assumedly did not eat crab from Big Y Foods, nor did they have salmonella infection. The cause of Mr. Deninno's chronic electrolyte abnormalities and chronic gastrointestinal symptoms were never identified despite a thorough GI evaluation by multiple physicians, ultimately being described by his doctors as idiopathic (without a known cause). One gastroenterologist felt that he had Irritable Bowel Syndrome (IBS) which is typically described as gastrointestinal symptoms without a known cause and often related to emotional stress.

**Qualifications:**

I am dual board certified in Internal Medicine and Gastroenterology, Hepatology and Nutrition. I am licensed to practice medicine in New York and California. I currently hold the title of Assistant Professor of Medicine at both the Hofstra Northwell School of Medicine as well as the New York Institute of Technology College of Osteopathic Medicine. I have multiple publications in Gastroenterology and Hepatology (Exhibit 1- CV). I am the president of Gastroenterology Consultants of Long Island, a busy private practice in New York. I have been practicing in the field of Gastroenterology for over 20 years. I see thousands of patients on a yearly basis with many GI issues including, commonly, acute infectious gastroenteritis. I treat food borne illnesses on a daily basis and am expert in all forms of enteritis and colitis. I have been doing expert reviews for prosecution and defense for over 15 years and my recent testimony history is attached (Exhibit 2- Testimony). I did my residency in Internal Medicine at the Hofstra-Northwell

Gastroenterology Consultants of Long Island
Ian Storch, D.O.
2001 Marcus Avenue -Suite E240
New Hyde Park, NY 11042
Phone (516) 673-4801/ Fax (516) 352-3680

School of Medicine main campus in Manhasset and spent an extra year there running the program as Chief Medical Resident. I was trained in general gastroenterology, advanced gastroenterology and hepatology at the renowned Miller School of Medicine at the University of Miami and the Schiff Liver Institute.

**Case Review and analysis:**

Mr. Deninno and his wife both reported symptoms consistent with gastroenteritis (diarrhea and nausea with vomiting) at around the same time in July of 2019. It is common knowledge among gastroenterologists that the most common cause of self limited gastrointestinal infection is from a viral infection which is typically rotavirus or norovirus. Most of these infections are fecal-oral (stool to mouth) but can be foodborne or from water. Much less common than a viral cause would be a bacterial infection with a long list of pathogens as culprits. Bacterial infection causing foodborne illness can have an incubation period of days to weeks. Based on this fact, although patients typically “blame” their most recent meal, it is frequently not the culprit as it can be from any meal they ate days to weeks before.

In this case, based on the fact that Mr. Deninno and his wife's discarded the remains of the crab ingested from BIg Y Foods, it is impossible to definitively link their illness to this product. The fact that the couple “thinks” that this meal was the cause of their gastroenteritis is not scientifically sound based on the previously described medical facts.

It is highly unlikely that the infection was related to this specific food source as there was no outbreak and no other cases in the area were reported. Further, if an individual infection occurs, it would generally be from improper handling by the consumer. Typically steaming or boiling is recommended, which would kill any infection and these crab legs were cooked and frozen prior to sale. Ultimately, if an infection were to occur from improper preparation it would most commonly be a vibrio infection. Salmonella is a bacteria which is thought of in cases of ingestion of undercooked chicken, eggs and meat. It has never been described in king crab legs in the United States making the likelihood of this virtually zero. Reports of Salmonella survival in fresh crab marinated in soy sauce with a Korean technique of “ganjang-gejang” (T.J. Cho, et al. Survival of food borne pathogens in ready-to-eat crab marinated in soy sauce) is not applicable to this case of a carefully processed king crab by American standards as used by Big Y Foods. Specifically there is no literature at all showing salmonella associated with the specific entity of king crabs.

Invoking salmonella from king crab as the cause of Mr. and Mrs. Deninno’s acute gastroenteritis makes no medical sense. Further, there is no place in the records which shows

Gastroenterology Consultants of Long Island
Ian Storch, D.O.
2001 Marcus Avenue -Suite E240
New Hyde Park, NY 11042
Phone (516) 673-4801/ Fax (516) 352-3680

that any test was done to prove that the patient had a salmonella infection. Despite the fact that he went to the hospital on July 31, 2019 after allegedly eating the aforementioned crab, the main medical thought from the physicians in the ER was that he may have a Clostridium Difficile infection obtained from the hospital. In the discharge note, the ER physician states that the patient's, "nausea, vomiting and diarrhea all resolved." It is noted that the symptoms lasted for three days "after eating seafood" and that he will need to be on a bland diet, "while recovering from food poisoning," however, as previously discussed, this is based on the patient's report to the physician. The ER doctor is not a gastroenterologist. The patient's blood work revealed a slightly elevated white blood count but was unable to produce stool (hence not having diarrhea). In no place in the ER record did any of the physicians suggest that this may be an infection from salmonella. The word salmonella is never even mentioned during this hospitalization. No diarrhea was produced during this ED visit to be sent for analysis as the patient had none.

The first time salmonella was mentioned in the patient's medical record was on October 30,2019, three months after his acute illness, in a note written by Dr. Toder, a rheumatologist. Dr. Toder is not a specialist in Gastroenterology or Infectious Disease and thus would have limited knowledge of acute diarrheal illness, its causes or its presentation. Dr. Toder ordered a stool test for culture which was negative and a blood test for Salmonella neither of which would be standard in this clinical setting. It would not be standard GI practice to do stool testing on a patient who had a presumed infectious illness three months before, and in 20 years of practice, I have never ordered this blood test. The antibody test for salmonella (which were positive for Salmonella H type b antigen and equivocal for Salmonella H type a antigen) has absolutely no clinical significance. The lab itself reports, "results should not be considered as diagnostic unless confirmed by culture." Stool specimens on the same date are clearly negative by culture and by antigen testing, making the results of the antibody test of no clinical value. It is also important to note that in order to run a stool test, the lab typically needs a diarrhea bowel movement. If the patient did have diarrhea at this time, it was not caused by Salmonella, as the stool test was negative for such an infection and there were no antigens (protein pieces from the salmonella bacteria) identified in the stool.

The patient had hypomagnesemia and gastrointestinal issues for years after his encounter with the rheumatologist, Dr. Toder, which are reported by multiple physicians to be from "salmonella after crab ingestion." None of the physicians cite supporting data for this diagnosis, and as described above there clearly is none. The information charted comes from the history obtained from Mr. Denninio which is inaccurate and not based on testing or medical fact.

The patient was seen by multiple gastroenterologists who performed thorough testing including a colonoscopy, endoscopy and capsule endoscopy all of which were negative. These tests make not only salmonella, but any other gastrointestinal cause of the patient's

Gastroenterology Consultants of Long Island
Ian Storch, D.O.
2001 Marcus Avenue -Suite E240
New Hyde Park, NY 11042
Phone (516) 673-4801/ Fax (516) 352-3680

hypomagnesemia impossible. Dr. Sang, a gastroenterologist, suggests that the patient has a post infection due to infection from the crab legs. In general when a patient has diarrhea and a thorough workup is negative, gastroenterologists call this Irritable Bowel Syndrome (IBS). When the same symptoms occur after an acute infection, it is called post infectious irritable bowel syndrome. Dr. Sang is suggesting a diagnosis of IBS, a disease caused by "brain gut interaction" or stress, based on a lack of any "organic" findings after an extensive workup. The doctor again cites the crab legs as the source of an initial infection based on the patient's history and not on any test or lab result.

The patient had HLA-B27 and reactive arthritis/ sacroiliitis which is clearly genetic as it runs in his family. The patient states during multiple physician office visits that his sister has a similar issue (arthritis associated with HLA-B27) and his brother as well (HLA-B27 associated with autoimmune neurologic disease). Although there is a link between salmonella infection and seronegative arthritis in patients with HLA-B27, in this case it is clearly linked to Mr. Deninno's genetics and not an external cause. It is beyond the reason of medical science to suggest that all three siblings were exposed to salmonella infection causing this disease. Further, to suggest that Mr. Deninno's siblings have a genetic disorder, causing their arthritis and autoimmune neurologic disease related to HLA B-27, and that Mr. Deninno's arthritis was set off by an infection (for which there is no scientific evidence to confirm that he had) would be ludicrous. Unfortunately for Mr. Deninno and his family have a genetic issue (HLA B27) which is affecting all three siblings with autoimmune disease (arthritis in Mr. Deninno and his sister and neuropathy in his brother). There is no company, product or infection to blame for Mr. Deninno and his family's underlying medical issue, which is clearly genetic.

In conclusion, within a reasonable degree of medical certainty, the patient did not have a salmonella infection caused by king crab leg ingestion. Further, the patient's hypomagnesemia which required hospitalization was not caused by a salmonella infection or any other gastrointestinal pathology which could be identified. The patient saw a nephrologist who did not feel that the kidney was the source of the magnesium loss and the cause was ultimately felt to be"idiopathic" or unknown. The patient's general gi symptoms of diarrhea and cramping were felt by his treating physicians to be from Irritable bowel syndrome which is often stress related. Finally, the patient's arthritis is clearly genetic, based on the presence of similar issues in both of his siblings. Although this patient's medical course is unfortunate, it is not caused by king crab leg ingestion, nor from exposure to salmonella. There is no evidence that the king crab leg was infected. Salmonella does not cause infection in prepared king crab legs with no single case report of such an infection having ever been reported in the literature and no outbreak reported at the time of Mr. Deninnio's symptoms. The residual crab that Mr. Deninnio ingested was discarded and never tested. It is completely unreasonable to invoke an salmonella infection as

Gastroenterology Consultants of Long Island
Ian Storch, D.O.
2001 Marcus Avenue -Suite E240
New Hyde Park, NY 11042
Phone (516) 673-4801/ Fax (516) 352-3680

a cause of his acute or chronic disease when no lab test was ever performed to provide evidence that Mr. Deninnio was infected with this pathogen.

The above opinions and statements are true to the best of my knowledge and belief but I reserve the right to modify or change my opinion if additional facts come to light.

Ian Storch, DO

# Dr. Ian Michael Storch


| | |
|---|---|
| 17 Gloria Drive<br>Woodbury, NY 11797 | Phone : 516-802-0448<br>Cell : 516-770-2076<br>E-mail : Drianstorch@gmail.com |


**Education**

| | |
|---|---|
| 2003-2006 | University of Miami/ Jackson Memorial Hospital/<br>Schiff Liver Institute. Miami, FL.<br>***Fellow in Gastroenterology and Hepatology.*** |
| 2002-2003 | North Shore University Hospital. Manhasset, NY.<br>***Chief Resident* in Internal Medicine.** |
| 1999-2002 | North Shore University Hospital. Manhasset, NY.<br>***Resident* in Internal Medicine.** |
| 1999-2000 | North Shore University Hospital. Manhasset, NY.<br>***Osteopathic Rotating Internship.*** |
| 1995-1999 | New York College of Osteopathic Medicine. Westbury, NY.<br>***DO** conferred.* |
| 1991-1995 | Binghamton University. Binghamton, NY.<br>***Bachelor of Arts in English/ Biology** conferred.* |

**Work Experience**

| | |
|---|---|
| 3/2020-present | **Board of Directors-** PRIMMA Insurance Company, New York |
| 2006-present | **Gastroenterologist-** President-Gastroenterology Consultants of Long Island.New Hyde Park, NY. |
| 3/2020-5/2020 | **Front Line Worker**, Hospitalist Managing Covid Floor Syosset Hospital, NY. |
| *2006-present* | ***Expert Review/ Testimony*** – Gastroenterology and Internal Medicine Malpractice Defense/ Prosecution |
| 2002-2003 | **Hospitalist**. Franklin General Hospital. Valley Stream, NY. |
| 1995-1999 | **Emergency Medical Technician.** Jones Beach State Park. Wantagh, NY. |
| 1992-1994 | **Emergency Medical Technician**. Union Volunteer Emergency Squad. Union, NY. |

**Certifications**

| | |
|---|---|
| 2007, 2017 | Certified, Gastroenterology ABIM |
| 2002, 2012, 2022 | Certified, Internal Medicine, ABIM |
| Current | Basic and Advanced Life support/ CPR |

**Licensure** New York, California

**Academic Appointments**

Hofstra University School of Medicine- Assistant Clinical Professor of Medicine
New York College of Osteopathic Medicine- Assistant Clinical Professor of Medicine

**Fellowship**

2008 FACP- Fellow American College of Physicians
2010 FACG-Fellow American College of Gastroenterology

**Board Membership**

Catholic health Services IPO
CHS-IPO Specialty Council

**Academic Interests**

- Ulcerative Colitis and Crohn's Disease
- Infectious and inflammatory disorders of the GI tract
- Diagnostic and Therapeutic Endoscopic Ultrasound
- Capsule Endoscopy
- Viral Hepatitis B & C

**Special Interests:**

- Osteopathic Medicine Awareness
    - Mentor of the D.O. or Do Not Podcast Project

**Committee Appointments**

| | |
|---|---|
| 2025- | Editorial Committee/ Board, Publication "The D.O." |
| 2003-2005 | Council of Associates- American College of Physicians |
| 1999-2002 | Committee on Physicians Health American Osteopathic Association |
| 1996-1999 | Ethics Committee- Chair - New York College of Osteopathic Medicine |

**Journal Appointments**

- Inflammatory Bowel Disease- Ad Hoc Editor
- Pediatric Gastroenterology and Nutrition- Ad Hoc Editor
- American Journal of Gastroenterology- Ad Hoc Editor

**Honors/Awards**

| | |
|---|---|
| 2008 | Emergency Department Consultant of the Year- North Shore University |
| 2007 | Private Teaching Attending of the Year- North Shore University |
| 2005 | ACG Capsule Research Grant |
| 2003 | ACP Downstate Regional Meeting Faculty Member |
| 2003 | ACP Downstate Regional Meeting Research Award |
| 2003 | North Shore University Hospital- Jaffin Scholarly Activity Award |
| 2002 | North Shore University Hospital- Jaffin Scholarly Activity Award |
| 2001 | North Shore University Hospital- Jaffin Scholarly Activity Award |

2000 North Shore University Hospital- Jaffin Scholarly Activity Award
1996 New York College of Osteopathic Medicine- Biomechanics Scholarship
1995 Jones Beach State Park- EMS Heroic Service Award

**Professional Associations**

- American Medical Association
- American Osteopathic Association
- American College of Physicians
- American Board of Osteopathic Internists
- American College of Gastroenterology
- American Society of Gastrointestinal Endoscopy
- American Gastroenterological Association

**Languages-** English, Conversational / Medical Spanish

**Publications**

2021 Aditya Sreenivasan , Tianyu She , Seth Gross , Ian Storch. TeleInGEstion Remote Video Capsule Endoscope. ACG Case Rep J 2021 May 26;8(5):e00609.

2008 Storch I, Shah M, Thurer R, Donna E, Ribeiro A. Endoscopic ultrasound-guided fine-needle aspiration and Trucut biopsy in thoracic lesions: when tissue is the issue. Surg Endosc. 2008 Jan;22(1):86-90.

2007 Storch I, Sussman D, Jorda M, Ribeiro A. Evaluation of fine needle aspiration vs. fine needle capillary sampling on specimen quality and diagnostic accuracy in endoscopic ultrasound-guided biopsy. Acta Cytol. 2007 Nov-Dec;51(6):837-42.

2007 Deshpande A, Storch I, Barkin J. Diagnosis of lymphoma in overt obscure GI bleeding aided by capsule endoscopy. Gastrointest Endosc. 2007 Jan;65(1):159-60; discussion 160.

2006 Storch I, Jorda M, Thurer R, Raez L, Rocha-Lima C, Vernon S, Ribeiro A. Advantage of Trucut Biopsy (TCB) Combined with Fine Needle Aspiration (FNA) without Immediate Onsite Cytopathology. Gastrointest Endosc 2006. 64(4):505-511.

2006 Storch I, Barkin J. Contraindications to Capsule Endoscopy: Do any still exist? Gastrointest Endosc. 2007 Jan;65(1):159-60; discussion 160.

2006 Storch I, Schiff E, Ribeiro A. Hepatocellular Carcinoma (HCC) with Portal Vein Invasion, Masquerading as Pancreatic Mass, diagnosed by Endoscopic Ultrasound guided Fine Needle Aspiration (EUS-FNA). Dig Dis Sci. 2007 Mar;52(3):789-91.

2005 Arora V, Hemstreet P, Donaldson D, Storch I, Stadig S. Closing the Gap between Internal Medicine Training and Practice: Recommendations from Recent Graduates. American J Med 2005; 118(6):680-5.

2005 Storch I, Jorda M, Ribeiro A. Endoscopic Ultrasound Guided Trucut Biopsy (TCB) in the Diagnosis of Pulmonary Lymphoma in a Patient with

Esophago-Pulmonary Fistula. Gastrointest Endosc June 2005.

2003 Storch I, Sachar D, Katz S. Pulmonary Manifestations of Inflammatory Bowel Disease: A Review of the literature. Inflamm Bowel Dis 2003; 9(2): 104-115.

2002 Storch I, McKinnley M. Diagnostic Dilemma: Zenker's Diverticulum. Oncology News International 2002; 11(2): 9.

2002 Storch I, McKinnley M. Diagnostic Dilemma: Periampullary Tumor. Oncology News International 2002; 11(4): 12.

2001 Storch I, Rosoff L, Katz S. Sarcoidosis and Inflammatory Bowel Disease. J Clin Gastroenterol 2001;33(4):345.

2001 Storch I, McKinnley M. Diagnostic Dilemma: Ganglioneuromatous Polyposis. Primary Care and Cancer 2001; 21(5): 49-50.

2000 Storch I, Katz S. Jejunal Diverticuli Complicated by Bacterial Overgrowth Syndrome. Dig Dis 2000; 18: 187-188.

**Abstracts/Posters/Oral Presentations**

2017 Innovations Capsule Endoscopy - Manhattan

2017 Innovations Capsule Endoscopy - Orlando ACG

2017 Cerrone S, Storch I. CapsoCam Used for Second Look in a Patient with Duodenal GIST and Overt GI Bleeding.

2007 Lufrano M, Storch I. Positive PET Scan and IBD. CCFA Adventura.

2007 Lufrano M, Storch I. Metastatic Melanoma Diagnosed on biopsy Gastric Polyp. ACG, Philadelphia.

2006 Deshpande A, Storch I, Barkin J. Diagnosis of Lymphoma in Overt Obscure GI Bleeding Aided by WCE. ACG Las Vegas

2006 Storch I, Jorda M, Ribeiro A. Prospective Evaluation of Fine Needle Aspiration (FNA) Versus Fine Needle Capillary Sampling (FNC) on Specimen Quality and Diagnostic Accuracy in EUS-Guided Biopsy. DDW Los Angeles.

2006 Ian Storch, Richard Thurer, Caio Rocha-Lima, Luis Raez, Ayesha Williams, Afonso Ribeiro. Does EUS Trucut Biopsy (TCB) plus Fine Needle Aspiration (FNA)Increase Accuracy Over FNA in Thoracic Disease When No On-Site Cytopatholgist is Present? DDW Los Angeles.

2006 Ian Storch, Phillip Ruiz, Jamie Barkin, Afonso Ribeiro. EUS FNA with DNA Flow Cytometry (FC) For the Evaluation of Pancreatic Cysts: A Pilot Study. DDW Los Angeles.

2006 Ian Storch, Ira Schmelkin, Shirley Vance, Jamie Barkin. A Double Blind Placebo Controlled Study of Tegaserod to Increase Gastric and Small Bowel Transit Times with Wireless Capsule Endoscopy (WCE):Preliminary Data. DDW Los Angeles.

2006 Storch I, Barkin J. Oral Tegaserod versus Placebo for the Completion of Wireless Capsule Endoscopic Studies. International Conference on Capsule Endoscopy. Oral Presentation, International Conference on Capsule Endoscopy, Boca Raton.

2006 Storch I, Barkin J. Oral Tegaserod versus Placebo for the Completion of Wireless Capsule Endoscopic Studies. 16th Annual North American Conference of Gastroenterology Fellows- Oral Presentation.

| | |
|---|---|
| 2005 | Storch I, Jorda M, Vernon S, Thurer R, Rocha-Lima C, Ribeiro A. Preliminary Results of EUS guided Trucut Needle to Increase the Diagnostic Accuracy of Endoscopic Ultrasound Guide Biopsy. DDW Chicago. |
| 2004 | Storch I, Ribeiro A. Endoscopic Ultrasound Guided Trucut Biopsy for the Diagnosis of Metastatic Melanoma to the Lung. DDW Chicago. |
| 2004 | Storch I, Riberio A. Multiple Lymphomatous Polyposis: Utility of EUS in Diagnosis and Prognosis. ACG Orlando. |
| 2003 | White K, Storch I, Mullin J. Intravenous pantoprazole: Physician understanding of indications and their prescribing patterns leading to hospital restrictions. ACG Baltimore. |
| 2002 | Baig I, Storch I, Katz S. Infliximab Induced Eosinophilic Pleural Effusion in Inflammatory Bowel Disease. ACG Seattle. |
| 2001 | Storch I, Goodman A, McKinnley M. High Patient Satisfaction with Laparoscopic Myotomy for the Treatment of Achalasia. ACG Las Vegas. |
| 1991 | Silver J, Storch I. A Genetic Region on Chromosome 16 may predispose to the Development Of Crohn's disease at an Early Age in Askenazi Jews. ACG Arizona. |

Exhibit 2: Dr. Ian Storch- Testimony history

1) ANA ESPINOZA V. IHEANYICHUKWU AJA-ONU, MD
   Date: 4/25/25- Representing Plaintiff
   Venue: Nassau County, NY