UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN DENINNO & MARY DENINNO<br>*Plaintiffs*<br><br>v.<br><br>NORTH COAST SEA-FOODS CORP. d/b/a NORTH COAST SEAFOODS and BIG Y FOODS, INC.<br>*Defendants* | CIVIL ACTION NO.:<br>3:22-CV-00580-SVN<br><br>OCTOBER 1, 2026 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b), Plaintiffs and Defendants jointly move for a 14-day extension of time, through and including October 19, 2026, for all parties to file memoranda in opposition to the various motions to preclude expert witnesses and the motion for summary judgment filed by the parties.

Specifically, the filings that are the subject of this motion are as follows:

- Defendants' Motions to Preclude the testimony of Barry Gustin, M.D. (Doc. No. 75), Thomas Cumbo, M.D. (Doc. No. 76), and You Sang, M.D. (Doc. No. 77);
- Defendants' Motion for Summary Judgment (Doc. No. 78); and
- Plaintiffs' Motions to Preclude the testimony of Leslie Hodges (Doc. No. 79), Thomas Montville, Ph.D. (Doc. No. 80), and Ian Storch, D.O. (Doc. No. 81).

In support of this motion, the Parties state as follows:

1. On August 14, 2026, Defendants filed Motions to Preclude the testimony of Barry Gustin, M.D. (Doc. No. 75), Thomas Cumbo, M.D. (Doc. No. 76), and You Sang, M.D. (Doc. No. 77), as well as a Motion for Summary Judgment (Doc. No. 78).



Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ T: (860) 442-9900 ▪ F: (860) 443-6428

2. On August 14, 2026, Plaintiffs filed Motions to Preclude the testimony of Leslie Hodges (Doc. No. 79), Thomas Montville, Ph.D. (Doc. No. 80), and Ian Storch, D.O. (Doc. No. 81).

3. Plaintiffs' memoranda in opposition to Defendants' four (4) motions — one of which is a motion for summary judgment — are currently due on October 5, 2026.

4. Defendants' memoranda in opposition to Plaintiffs' three (3) motions to preclude are also currently due on October 5, 2026.

5. Plaintiffs and Defendants jointly move for a 14-day extension of that deadline through and including October 19, 2026.

6. Good cause exists for the requested extension. Counsel for all parties require additional time to draft and file the necessary memoranda in opposition to the various motions to preclude and the motion for summary judgment that were filed.

7. This is the second request for an extension of time with respect to this deadline. The first extension was 30 days. The present requested extension seeks an additional 14 days, i.e., a total of 44 days.

8. No party will be prejudiced by this extension.

9. Accordingly, Plaintiffs and Defendants request that the Joint Motion for Extension of Time be granted.


Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ T: (860) 442-9900 ▪ F: (860) 443-6428

Respectfully submitted,

PLAINTIFFS,
STEPHEN AND MARY DENINNO
By their attorneys

*/s/ Shelley L. Graves*

______________________________

Shelley L. Graves, ct14094
Faulkner and Graves, P.C.
501 Ocean Ave.
New London, CT 06851
(860) 442-9900
slg@faulknerandgraves.com

DEFENDANTS
NORTH COAST SEA-FOODS CORP.
d/b/a NORTH COAST SEAFOODS and
BIG Y FOODS, INC.,
By its attorneys:

*/s/ Kevin J. O'Leary*

______________________________

Kevin J. O'Leary, ct30271
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I, Shelley L. Graves, certify that on 10/01/26 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Kevin J. O'Leary
Benjamin H. Levites
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110

*/s/ Shelley L. Graves*
Shelley L. Graves (ct14094)