UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN DENINNO & MARY DENINNO<br>*Plaintiffs*<br><br>v.<br><br>NORTH COAST SEA-FOODS CORP. d/b/a NORTH COAST SEAFOODS and BIG Y FOODS, INC.<br>*Defendants* | ) | CIVIL ACTION NO.:<br>3:22-CV-00580-SVN<br><br>OCTOBER 19, 2026 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE MEMORANDUM IN OPPOSITION IN EXCESS OF 40 PAGES RE: THOMAS CUMBO, MD**

Pursuant to Local Rule 7(a)(5) of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiffs, Stephen DeNinno and Mary DeNinno, respectfully move for permission from the Court to file an Objection, Doc. 92, exceeding the forty (40)-page limit in response to the Defendants' Motion To Preclude the Plaintiffs' Expert Witness, Thomas A. Cumbo, M.D., M.S., FACHE (*See* Docs. 76, 76-1).

This action involves complex legal, medical and factual issues spanning over seven years of medical treatment across multiple specialties — including gastroenterology, rheumatology, and infectious disease — as well as extensive medical records, laboratory panels, reports, and multiple fact and expert witness depositions. The defendants' motion to preclude Dr. Cumbo is extensive and raises numerous legal arguments under Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

The plaintiffs recognize that Local Rule 7(a)(5) states that a motion seeking permission to depart from the page limitations shall be filed at least seven (7) days before the deadline for the filing of the memorandum at issue. Good cause exists to excuse the seven-day advance-filing



Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ Tel: (860) 442-9900 ▪ Fax: (860) 443-6428 ▪ Juris No. 103027

requirement here. The plaintiffs' counsel is diligently preparing multiple memoranda in opposition to the defendants' multiple *Daubert* motions and motion for summary judgment, as well as the plaintiffs' Local Rule 56(a)(2) statement. Only upon finalizing the comprehensive arguments and record citations did counsel determine that the objection could not be reduced to 40 pages without omitting material facts and legal arguments essential to the Court's review.

WHEREFORE, the plaintiffs respectfully request that the Court grant them permission to file a Memorandum of Law exceeding the forty (40)-page limit in Opposition to the Defendants' Motion to Preclude Thomas A. Cumbo, M.D., M.S., FACHE (*See* Docs. 76, 76-1).

THE PLAINTIFFS,
STEPHEN AND MARY DENINNO

By: /s/ *Shelley L. Graves* (ct14094)
Shelley L. Graves (ct14094)
Kevin G. Smith, Esquire (ct29416)
Faulkner & Graves, P.C.
501 Ocean Avenue
New London, Connecticut 06320
slg@faulknerandgraves.com
kgs@faulknerandgraves.com
(P): (860) 442-9900
(F): (860) 443-6428

**CERTIFICATE OF SERVICE**

I, Shelley L. Graves, certify that on October 19, 2026, a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Kevin J. O'Leary
Benjamin H. Levites
Coughlin Betke LLP
175 Federal Street.
Boston, MA 02110

By: /s/ *Shelley L. Graves* (ct14094)
Shelley L. Graves, Esquire (ct14094)
Faulkner & Graves, P.C.
501 Ocean Avenue
New London, Connecticut 06320
slg@faulknerandgraves.com
(P): (860) 442-9900
(F): (860) 443-6428



Faulkner & Graves, P.C.
501 Ocean Avenue ▪ New London, CT 06320 ▪ Tel: (860) 442-9900 ▪ Fax: (860) 443-6428 ▪ Juris No. 103027